**Melton SUMMERVILLE,
Plaintiff—Appellant,**

v.

**LOCAL 77; American Federation of State, County, and Municipal Employees, Defendants—Appellees.**

**Duke University, Movant.**

No. 05–1275.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 24, 2005.

Decided Sept. 7, 2005.

Melton Summerville, Appellant Pro Se. Michael Griffin Okun, Patterson Harkavy, L.L.P., Raleigh, North Carolina; John David James, Smith, James, Rowlett & Cohen, L.L.P., Greensboro, North Carolina, for Appellees. Charles Matthew Keen, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Raleigh, North Carolina, for Movant.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melton Summerville appeals the district court's order accepting the recommendation of the magistrate judge and granting defendants' motion for summary judgment and dismissing his civil action in which he alleged conspiracy and collusion claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Summerville v. Local 77*, No. CA–03–770–1 (M.D.N.C. Feb. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*